## INTERMETRO INDUSTRIES CORPORATION,
### Appellant

v.

## ENOVATE MEDICAL, LLC, Appellee

2016-2153
2016-2162

United States Court of Appeals, Federal Circuit.

May 9, 2017

GLENN E. FORBIS, Harness, Dickey & Pierce, PLC, Troy, MI, argued for appellant. Also represented by DAVID UTYKANSKI, GEORGE DIMITRIOS MOUSTAKAS, NEAL D. SANBORN.

NORMAN H. ZIVIN, Cooper & Dunham, LLP, New York, NY, argued for appellee.

Also represented by RICHARD S. ORDER, ADAM BENJAMIN MARKS, Updike, Kelly & Spellacy, PC, Hartford, CT.

(Prost, Chief Judge, Mayer and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**